**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>DROPBOX INC.,<br>Defendant. | Case No. 13-1922 (GMS) |
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>IAC/INTERACTIVECORP, VIMEO LLC, and CITY GRID MEDIA LLC,<br>Defendant. | Case No. 13-1925 (GMS) |
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>IMGUR LLC,<br>Defendant. | Case No. 13-1926 (GMS) |
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>PHOTOBUCKET.COM, INC.,<br>Defendant. | Case No. 13-1927 (GMS) |
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>SHUTTERFLY INC.,<br>Defendant. | Case No. 13-1929 (GMS) |

| | |
|---|---|
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>SMUGMUG, INC.,<br>Defendant. | Case No. 13-1930 (GMS) |
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>SNAPCHAT INC.,<br>Defendant. | Case No. 13-1931 (GMS) |
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>TRIPADVISOR, INC. and TRIPADVISOR, LLC,<br>Defendant. | Case No. 13-1932 (GMS) |
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>WHI, INC.,<br>Defendant. | Case No. 13-1934 (GMS) |
| TLI COMMUNICATIONS LLC,<br>Plaintiff,<br>v.<br>YELP, INC.,<br>Defendant. | Case No. 13-1936 (GMS) |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TLI COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC.,<br><br>Defendant. | Case No. 13-1936 (GMS) |

**DECLARATION OF ERIC SINGLEY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER**

I, Eric Singley, hereby declare as follows:

1. I am currently Vice President of Consumer & Mobile Products at Yelp, Inc. ("Yelp"). I make this declaration in support of Defendants' Motion to Transfer. The facts stated in this declaration are of my personal knowledge and belief based on reasonable investigation and information presently known to me. If called upon to do so, I could and would testify competently to them.

2. Yelp was founded in 2004 in San Francisco, California, and has been headquartered there ever since. Yelp together with its foreign subsidiaries has about 2,250 employees, of whom about 850 are in San Francisco. Yelp maintains offices in Scottsdale, Arizona, and New York, New York that have about 640 and 330 employees, respectively. The majority of the remaining employees work remotely, and Yelp has offices of less than 75 people in Hamburg, Germany; London, England; and Dublin, Ireland.

3. I am informed and understand that the plaintiff has accused Yelp's mobile applications (which exist for a variety of platforms, e.g., iPhone, iPad, BlackBerry, Android, and

Windows Phone) and websites (the "Accused Technology").

4. Yelp's key decisionmaking relating to the Accused Technology– including the most significant decisionmaking regarding management, engineering, product development, sales, accounting and finance – happens at Yelp's headquarters in San Francisco.

5. The majority of development work for, the operations related to, and records regarding the Accused Technology are located and maintained in San Francisco or are on servers located in or accessed from San Francisco. These documents include the most relevant technical documents, including design and development materials and potentially relevant source code, as well as operation documents, sales and marketing materials and financials.

6. A number of people who are not currently Yelp employees were involved in developing the photo uploading feature of Yelp's mobile applications. Jae Kwon, Gabriel Handford, and Matt Jones developed the feature for the iPhone platform; all three are former employees and all three, on information and belief, reside in the San Francisco Bay Area. David Forsythe, a former employee, assisted in the development of the feature for the BlackBerry platform; on information and belief, he currently resides in the San Francisco Bay Area. Development of the feature for the Android platform was done by two non-employees, Peter Nofelt and Mark Wyszomierski; on information and belief, Nofelt resides in the San Francisco Bay Area and Wyszomierski resides in New York. Development of the feature for the Windows Phone was done by non-employee developers in Chicago. Depending on plaintiff's infringement theories, any of these non-employees might be called to testify at trial.

7. Likewise, a number of people who are not currently Yelp employees were involved in Yelp's infrastructure team, which develops back-end processes for handling photos. Both Oliver Nicholas and Andy Bakun are former managers on that team; on information and

belief, they both reside in the San Francisco Bay Area.

8. The Yelp engineers with the most relevant technical knowledge regarding the Accused Technology are located in San Francisco, as are the Yelp individuals most familiar with the business and financial aspects of the Accused Technology. For example, Ben Chess, a Director of Engineering, leads the infrastructure team. Madhu Prabaker and James Hurley are product managers that led development of the photo upload features for the iPad and BlackBerry mobile applications. I am Vice President of Consumer & Mobile Products. Rob Krolik is the Chief Financial Officer. All of these people are based in San Francisco.

9. Although Yelp is a corporation organized under the laws of the state of Delaware, Yelp has no real connection to the state: it has no offices, employees or data stored there. No operations are conducted from Delaware, no development work was performed there, and no Yelp infrastructure, software, or source code is maintained there.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California on March 28, 2014.

ERIC SINGLEY

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 27, 2014, upon the following in the manner indicated:

Brian E. Farnan, Esquire
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Robert A. Whitman, Esquire
Mark S. Raskin, Esquire
MISHCON DE REYA NEW YORK LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)